Court of Criminal Appeals of Texas.
April 13, 1938.

## ATKINS v. STATE.
### No. 19709.

Court of Criminal Appeals of Texas.
April 13, 1938.

J. W. McCullough, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

Conviction for a misdemeanor; punishment being assessed at confinement in jail for six months.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

The record is before us without a statement of facts, bills of exceptions, or judgment of conviction. In the absence of a judgment of conviction, this court is without jurisdiction to hear and determine matters presented for review.

The attempted appeal is dismissed.